IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    Plaintiff,

vs.                                              Case No.: 5-10-mc-4/RS-EMT

**WILLIAM DEL LEE, an individual,**
**and TALMEDGE E. LEE, an individual,**

    Defendants,

**and**

**LANDMARK GENERAL CONTRACTORS,**
**INC.**

    Garnishee.

_____/

## **ORDER**

Before me is the Plaintiff's Motion for Writ of Garnishment and Appointment of Special Process Server (Doc. 3).

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 64 and 69, and Fla. Stat. § 77.01, *et seq*., the Clerk of the Court is directed to issue the Writ of Garnishment directed to the Garnishee, LANDMARK GENERAL CONTRACTORS, INC.

3. Pursuant to Fed. R. Civ. P. 4.1(a), Mr. Charles Lance, an agent of L. Lance & Associates, LLC, is appointed as the special process server who shall serve the Writ of Garnishment.

**ORDERED** on December 16, 2010

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**