IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    Plaintiff,

vs.                                           Case No.: 5-10-mc-4/RS-EMT

**WILLIAM DEL LEE, an individual,**
**and TALMEDGE E. LEE, an individual,**

    Defendants,

**and**

**BAY BANK & TRUST CO.**

    Garnishee.

_____/

## **ORDER**

Before me is the Plaintiff's Motion for Writ of Garnishment and Appointment of Special Process Server (Doc. 4).

**IT IS ORDERED**:

1. The Motion is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 64 and 69, and Fla. Stat. § 77.01, *et seq*., the Clerk of the Court is directed to issue the Writ of Garnishment directed to the Garnishee, BAY BANK & TRUST CO.

3. Pursuant to Fed. R. Civ. P. 4.1(a), Mr. Charles Lance, an agent of L. Lance & Associates, LLC, is appointed as the special process server who shall serve the Writ of Garnishment.

**ORDERED** on December 16, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
