# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    Plaintiff,

**vs.**                                                    Case No.: 5-10-mc-4/RS-EMT

**WILLIAM DEL LEE, an individual,
and TALMEDGE E. LEE, an individual,**

    Defendants,

**and**

**LANDMARK GENERAL CONTRACTORS,
INC.**

    Garnishee.

_____/

## **ORDER**

Before me are Defendant Talmadge E. Lee's Notices of Filing (Docs. 34, 35, 36 and 48) and Plaintiff's Affidavits in Opposition (Doc. 40, 41, 42 and 49).

While Defendant's Notices comply with FLA. STAT. § 77.041, they are in effect a motion. As such, consideration is **deferred** until the parties comply with Fla. N.D. Loc. R. 7.1. Defendant shall file a memorandum not later than February 9, 2011, and Plaintiff shall file a response not later than February 18, 2011.

**ORDERED** on January 31, 2011

           /S/ Richard Smoak
           **RICHARD SMOAK**
           **UNITED STATES DISTRICT JUDGE**