# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    Plaintiff,

vs.                                                  Case No.: 5-10-mc-4/RS-EMT

**WILLIAM DEL LEE, an individual,**
**and TALMEDGE E. LEE, an individual,**

    Defendants,

**and**

**VISION BANK, BAY BANK & TRUST CO.,**
**and LANDMARK GENERAL CONTRACTORS,**
**INC.**

    Garnishees.

_____/

## **ORDER**

Before me is Plaintiff's Motion and Joint Stipulation for Entry of Final Judgment in Garnishment (Doc. 59).

**IT IS ORDERED**:

1. The Clerk is directed to enter judgment in favor of Plaintiff and against Garnishee, Bay Bank & Trust Co., in the amount of $6.95, in Account No. xxxxxx6506 held in the name of William Del Lee.

2. The Clerk is directed to enter judgment in favor of Plaintiff and against Garnishee, Vision Bank, in the amount of $3,833.63, in Account No. xxxx3655 held in the name of William Del Lee.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Garnishee, Landmark General Contractors, Inc., in the amount of $871,346.00.

4. Garnishee Vision Bank is ordered to release funds to the respective account holders in the following accounts which are currently being held: A) T.E. Lee and Glenda E. Lee, Account No. xxxxx2454, amount $186.62; B) Rancho Ala Blanca, Inc., Account No. xxxx1813, $532.36.

5. The Clerk is directed to pay each Garnishee's attorney and each *pro se* Garnishee the statutory allowance for attorneys' fees in the amount of $100.00 from the funds paid by Plaintiff to the clerk as set forth in FLA. STAT. § 77.28.

**ORDERED** on February 25, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**