IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRICE BUILDING CO., INC.,**

    Plaintiff,

vs.                                                                         Case No.: 5-10-mc-4/RS-EMT

**WILLIAM DEL LEE, an individual,
and TALMEDGE E. LEE, an individual,**

    Defendants,

**and**

**VISION BANK,**

    Garnishee.

_____/

## **ORDER**

Before me is the Plaintiff's Motion to Dissolve Writ of Garnishment and Discharging Garnishee (Doc. 68).

**IT IS ORDERED**:

1. The relief requested in Plaintiff's motion is **GRANTED**.

2. The Writ of Garnishment (Doc. 62) issued by the Court on February 25, 2011, is dissolved and Garnishee is discharged from any liability under that Writ.

3. The Clerk is directed to pay Garnishee's attorney the statutory allowance for attorneys' fees in the amount of $100.00 from the funds paid by Plaintiff to the clerk as set forth in FLA. STAT. § 77.28.

**ORDERED** on March 14, 2011

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**